UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                                         :   Chapter 11
                                                              :
NORTHWEST AIRLINES CORPORATION,                               :   Case No. 05-17930 (ALG)
et al.,                                                       :
                                                              :   (Jointly Administered)
                                                              :
                                    Debtors.                  :
------------------------------------------------------------- x
LAZARD FRÈRES & CO., LLC                                      :
                                                              :
                                                              :   Case No. 08-CV-03456 (NRB)
                                    Appellant                 :
v.                                                            :
                                                              :
DIANA G. ADAMS, United States Trustee;                        :
CARVAL INVESTORS, LLC; and                                    :
ASSOCIATION OF FLIGHT ATTENDANTS –                            :
CWA, AFL-CIO                                                  :
                                                              :
                                    Appellees                 :
------------------------------------------------------------- :
                                                              x

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Lazard Frères & Co., LLC ("Lazard") hereby states that Lazard is a New York limited liability company that is held 100% by Lazard Group LLC. Lazard Group LLC is a Delaware limited liability company that is indirectly held by LAZ-MD Holdings LLC (with 54.1% of the voting power) and Lazard Ltd (a publicly traded company, with 45.9% of the voting power).

Dated: New York, New York  
April 18, 2008

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   /s/ Philip G. Barber  
      Philip Barber (pbarber@paulweiss.com)

    Alan W. Kornberg (akornberg@paulweiss.com)  
    1285 Avenue of the Americas  
    New York, New York 10019-6064  
    Telephone: (212) 373-3000  
    Facsimile: (212) 757-3990

Attorneys for Lazard Frères Co., LLC,  
Financial Advisor to the Official Committee of Unsecured Creditors

2

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Tamara Kogan, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On April 18, 2008 I served a true copy of the foregoing RULE 7.1 STATEMENT on the following:

>   Gregory M. Petrick
>   Cadwalader, Wickersham & Taft LLP
>   One World Financial Center
>   New York, NY 10281

3. I made such service by placing a true copy of the aforementioned document in a properly addressed postpaid wrapper and delivering it into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Tamara Kogan

Sworn to before me this
___ day of April, 2008

_____
Notary Public

KEI H. CHOW
Notary Public, State of New York
No. 01CH5070627
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Dec. 23, 2010