

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                                        :  Chapter 11
                                                             :
NORTHWEST AIRLINES CORPORATION,                              :  Case No. 05-17930 (ALG)
et al.,                                                      :
                                                             :  (Jointly Administered)
                                    Debtors.                 :
------------------------------------------------------------- x
LAZARD FRÈRES & CO., LLC                                     :
                                                             :  District Court
                                    Appellant,               :
                                                             :  Case No. 08-CV-03456 (NRB)
v.                                                           :
                                                             :
DIANA G. ADAMS, UNITED STATES TRUSTEE;                       :
CARVAL INVESTORS, LLC; AND                                   :
ASSOCIATION OF FLIGHT ATTENDANTS –                           :
CWA, AFL-CIO,                                                :
                                                             :
                                    Appellees.               :
------------------------------------------------------------- x
OFFICIAL COMMITTEE OF UNSECURED                              :
CREDITORS OF NORTHWEST AIRLINES                              :  District Court
CORPORATION                                                  :
                                                             :  Case No. 08-CV-03500 (NRB)
                                    Appellant,               :
                                                             :
v.                                                           :
                                                             :
DIANA G. ADAMS, UNITED STATES TRUSTEE;                       :
CARVAL INVESTORS, LLC; AND                                   :
ASSOCIATION OF FLIGHT ATTENDANTS –                           :
CWA, AFL-CIO,                                                :
                                                             :
                                    Appellees.               :
------------------------------------------------------------- x

WHEREAS, Lazard Frères & Co., LLC ("Lazard"), appellant in the above-

captioned case, has appealed from the February 29, 2008 final judgment of the United States

Bankruptcy Court for the Southern District of New York to the United States District Court for the Southern District of New York (the "District Court"); and

WHEREAS, the appeal was entered on the docket of the District Court on April 9, 2008; and

WHEREAS, Lazard has served and filed its appellate brief on May 22, 2008;

WHEREAS, according to the Federal Rules of Bankruptcy Procedure, the Local Rules for the Southern District of New York, and stipulations among the parties (Southern District of New York, 08-CV-03456 (NRB) ECF Doc. No. 5 and 08-CV-03500 (NRB) ECF Doc. No. 5), the appellate briefs of the Office of the United States Trustee for the Southern District of New York, CarVal Investors, LLC and the Association of Flight Attendants – CWA, AFL-CIO (collectively referred to as the "Appellees") are due on or before July 3, 2008; and

WHEREAS, this is the United States Trustee's first request for an extension;

IT IS HEREBY STIPULATED AND AGREED, that the Office of the United States Trustee for the Southern District of New York, CarVal Investors, LLC and the Association of Flight Attendants – CWA, AFL-CIO will serve and file their respective briefs in opposition to Lazard's appeal on or before July 16, 2008; and

IT IS HEREBY STIPULATED AND AGREED, that Lazard will serve and file its reply brief in support of its appellate brief and in opposition to the Appellees' briefs on or before August 1, 2008.

Dated: New York, New York
       June 27, 2008

>                    DIANA G. ADAMS
>                    OFFICE OF THE UNITED STATES TRUSTEE
>
> By:  /s/ Brian S. Masumoto
>      _____
>      Brian S. Masumoto (BM-8116)
>      Trial Attorney
>
>      33 Whitehall Street, 21st Floor
>      New York, NY 10004
>      Telephone: (212) 510-0500
>      Facsimile: (212) 668-2255
>
>
>                    PAUL, WEISS, RIFKIND, WHARTON &
>                    GARRISON LLP
>
> By:  _____
>      Philip G. Barber (PB-4021)
>
>      Alan W. Kornberg (AK-0756)
>      1285 Avenue of the Americas
>      New York, New York 10019-6064
>      Telephone: (212) 373-3000
>      Facsimile: (212) 757-3990
>
>      Attorneys for Lazard Frères Co., LLC, Financial
>      Advisor to the Official Committee of Unsecured
>      Creditors

IT IS HEREBY STIPULATED AND AGREED, that Lazard will serve and file its reply brief in support of its appellate brief and in opposition to the Appellees' briefs on or before August 1, 2008.

Dated: New York, New York
June 26, 2008

                DIANA G. ADAMS
                OFFICE OF THE UNITED STATES TRUSTEE

By: _____
     Brian S. Masumoto (BM-8116)
     Trial Attorney

     33 Whitehall Street, 21st Floor
     New York, NY 10004
     Telephone: (212) 510-0500
     Facsimile: (212) 668-2255


                PAUL, WEISS, RIFKIND, WHARTON &
                GARRISON LLP

By: /s/ Philip G. Barber
     Philip G. Barber (PB-4021)

     Alan W. Kornberg (AK-0756)
     1285 Avenue of the Americas
     New York, New York 10019-6064
     Telephone: (212) 373-3000
     Facsimile: (212) 757-3990

     Attorneys for Lazard Frères Co., LLC, Financial Advisor to the Official Committee of Unsecured Creditors

3

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

By: _____/s/_____
Scott L. Hazan (SH-0650)

John A. Bougiamas (JB-7292)
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

Attorneys for the Official Committee of Unsecured Creditors of Northwest Airlines, Corp. et al.

KLESTADT & WINTERS, LLP

By: _____
Sean C. Southard (SS-2825)

292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

Attorneys for CarVal Investors, LLC

4

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

By: _____
Scott L. Hazan (SH-0650)

John A. Bougiamas (JB-7292)
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

Attorneys for the Official Committee of Unsecured Creditors of Northwest Airlines, Corp. et al.

KLESTADT & WINTERS, LLP

By: _____
Sean C. Southard (SS-2825)

292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

Attorneys for CarVal Investors, LLC

4

GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.

By: /s/ Robert S. Clayman
Robert S. Clayman

1625 Massachusetts Ave., N.W., Suite 700
Washington, D.C. 20036-2243
Telephone: (202) 624-7400

Attorneys for the Association of Flight
Attendants – CWA, AFL-CIO

SO ORDERED

Dated: New York, New York
July 3, 2008

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

5